[No. 3,896.]

## S. S. BROOKS v. JOHN SATTERLEE.

PROPOSALS FOR IMPROVING A STREET.—A notice inviting sealed proposals for taking a contract for improving a public street, in San Francisco, must be posted in the office of the Superintendent of Public Streets five days, and must be posted before 9 o'clock A. M. of the first day, and remain till after 4 o'clock P. M. of the fifth day.

APPEAL from the District Court, Twelfth Judicial District, City and County of San Francisco.

Action to recover an assessment levied on a lot at the southwesterly corner of Washington and Franklin streets, San Francisco, under a contract for improving the street, let under the Acts of April 25, 1862, April 25, 1863, and Acts supplementary thereto. The defendant recovered judgment and the plaintiff appealed.

The other facts are stated in the opinion.

*Parker & Roche*, for the Appellant.

*D. H. Whittemore*, for the Respondent.

By the Court, NILES, J.:

The notice inviting sealed proposals was posted on the 4th of August, 1868, and after the opening of the office of the Superintendent of Public Streets on that day, and contained the announcement that no bids would be received after August 8, 1858, at 4 o'clock P. M. In accordance with our construction of the statute in *Himmelmann* v. *Cahn*, *ante* p. 285, this was not a posting for the full period of five days, as required by law.

Judgment affirmed.

Mr. Justice RHODES dissented.